IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02274-WYD-MJW

KATHLEEN M. HAMM,

Plaintiff,

v.

HOME DEPOT USA, INC., and
THD AT-HOME SERVICES, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 26) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 26-1) is APPROVED as amended in paragraphs 16 and 23 and made an Order of Court.

Date: January 6, 2016